NO. 07-02-0310-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 18, 2003

______________________________

ANTONIO MINDIETA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 140
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 97-423925; HONORABLE JIM B. DARNELL, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Antonio Mindieta has filed a Motion to Dismiss Appeal. Appellant, acting by appointed counsel, asserts that the appeal is moot because the trial court has appointed counsel for him, which is what he sought by his appeal.  

The motion to dismiss is granted.  The appeal is dismissed.  
See
 
Tex. R. App. P
. 2.

Phil Johnson

Chief Justice

Do not publish.